```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
            NORTHERN DIVISION
```

THOMAS JEFFERSON EVANS, JR.,        :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :    CIVIL ACTION 12-0161-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Thomas Jefferson Evans, Jr.

DONE this 17th day of October, 2012.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE